# DISTRICT OF VERMONT

Michael L Goodnough
    Plaintiff

vs

Case No. 2:23-cv-490

✳ Jury Trial
(if necessary)

Internal Revenue Service - IRS
    Defendant

## I. Parties:

### A. Plaintiff

SSCF
700 Charlestown Rd.
Springfield, Vermont 05156

### B. Defendants

Internal Revenue Services - IRS

✳ This governmental entity has multiple offices within each state of the U.S. Because this civil suit is being drafted for exhaustion in the District Court, the legal representation for the government would be the office of the U.S. Attorney General. Within the State of Vermont, said office has the address of:

U.S. Attorneys Office
District of Vermont • 3rd Floor
P.O. Box 570
Burlington, Vermont 05402-0570

When the task of "Service" is attempted by this plaintiff. This address is used.

[Pg. 1 of 3]

# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

## II. Jurisdiction:

A. Pursuant to 28 USCS §1331, this civil suit addresses the uncollected stimulus checks sought by this plaintiff. Due to the named defendants and the question of law. This matter is mandated in District Court and thus, in proper jurisdiction. There is Constitutional value and Congress language concerning a governmental function. Pursuant to 28 USCS §1346(a)(1) this matter must be resolved in District Court.

## III. Amount In Controversy:

This plaintiff seeks to retrieve the two stimulus checks issued by Congress, to all tax paying Americans during the pandemic of COVID-19. The check of $1,400.⁰⁰ (fourteen hundred) dollars and the check of $600.⁰⁰ (six hundred) dollars, were never received by this plaintiff. Making a sum total of $2,000.⁰⁰ (two thousand) dollars of unreceived stimulus funds that should have an interest also included.

## IV. STATEMENT OF CLAIMS:

A. This plaintiff is a tax paying American citizen. Born and raised in the United States, this plaintiff received the initial $1,200.⁰⁰ (twelve hundred) dollars issued by Congress. The check was received at the residence this plaintiff occupied during the initial outbreak of COVID-19. The check was cashed without authorization. However, this plaintiffs' ex-girlfriend did in fact send incriments of money until it totaled $1,200.⁰⁰.

B. After a lengthy period of not receiving either the $600 or $1,400.⁰⁰ dollar stimulus checks. This plaintiff inquiried with an I.R.S. in Missouri; because this was the known office that dealt with this plaintiffs yearly tax filing. This plaintiff received instructions to fill out For 3911 and mail it to: Memphis Refund Inquiry - Unit 5333, Getwell Road Mail

Pg. 2 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

Stop 8422 · Memphis, TN 38118. This plaintiff received a response from the defendants declaring a $1,400.00 stimulus check had been mailed to the same address as the $1,200.00. However, no funds were received by this plaintiff. The check was allegedly mailed around Aug. 27th, 2021. This plaintiff was incarcerated at this time. The response provided to this plaintiff occurred May 16th, 2022. There was no explanation provided on the missing $600.00 stimulus check.

  C. This plaintiff has received multiple requests from the defendants seeking 60 days to inquire on the entire matter. After receiving three such letters of correspondence, this civil suit was drafted.

  D. Pursuant to the rules of civil procedure, a short and concise numbered paragraphs of explanation should be provided. In this matter, two stimulus checks have not been endorsed or cashed or received by this plaintiff. The duty to issue these checks are ministerial in nature. The defendants are aware of this plaintiffs' incarceration matter. Exhibit A; is a copy of the correspondence between plaintiff and defendant. Pursuant to the defendants 1040 Form, within section 33 or 35 (exact number being referenced to is the "Rebate" section on the yearly tax form) was filed 2 consecutive years in a Row. Also included was the "E.I.P." letters of notification at the top of each tax form filed. As an American citizen this plaintiff is deserving of the full stimulus assistance that was provided during COVID-19. This court is asked to order the defendants to pay the $2,000.00 plus interest rightfully owed this plaintiff.

Dated at Springfield, Vermont this 7th day of August 2023.

           MICHAEL LAWRENCE Goodnough
           b/ _Michael Goodnough_
             (PLAINTIFF)

cc: Defendants
  Personal File

           SSCF
           700 Charlestown Rd
           Springfield, VT 05156