

IRS, STOP 6525
KANSAS CITY   MO   64999-002

In reply refer to: 0342481205
Nov. 23, 2022    LTR 96C    0
***-**-3709   202112 30
                              00000523
                          BODC: WI



MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD   VT   05156-4400



000307

    Social Security number or
individual taxpayer ID number:   ***-**-3709
              Tax periods:   Dec. 31, 2021


Dear Taxpayer:

Thank you for your correspondence which we received on Oct. 21, 2022.

If you did not receive your third Economic Impact Payment in the amount of $1,400.00 you may obtain a Form 3911 Taxpayer Statement Regarding Refund, at www.irs.gov under Forms and Instructions you can mail the form to Memphis Refund Inquiry Unit 5333 Getwell Rd Mail Stop 8422 Memphis, TN 38118 or fax to 855-580-4749.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (   ) _____   Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

---

*Handwritten annotations:*

Internal Revenue Service
Customer Service Center
Philadelphia, PA 19255
Monday

Along with Account Summary

Sent on 6/26/23
Both 3911 Form   600.00 And 1400.00

```
                                                    0342481205
                                        Nov. 23, 2022    LTR 96C    0
                                        ***-**-3709   202112 30
                                                          00000524
```

MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD   VT   05156-4400


                            Sincerely yours,

                            *Jerome A. Young* (signature)

                            Jerome B. Young
                            Dept. Mgr., Accounts Management

```
                                                        OMB/C/23            1545-0074
IRS Department of the Treasury
    Internal Revenue Service
    Stop 6525 (AM CIS)                   In reply refer to: 0933273655
    Kansas City MO  64999-0025           Feb. 01, 2023   LTR 129C   0
                                         ***-**-3709  202112 30
                                                               00005809
                                                        BODC: WI


    MICHAEL L GOODNOUGH
    700 CHARLESTOWN RD
    SPRINGFIELD   VT  05156-4400
```

Taxpayer identification number: ***-**-3709
Tax Periods: Dec. 31, 2021

Form: 1040

Dear Taxpayer:

We are responding to your inquiry dated May 16, 2022.

We issued a check for $1,400.00 on Aug. 27, 2021. If you don't receive it within four weeks from that date, complete, sign, and return Form 3911, Taxpayer Statement Regarding Refund.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

You can get any of the forms or publications mentioned in this letter by calling 800-TAX-FORM (800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you in the spaces below.

Telephone number (   )_____ Hours_____

Keep a copy of this letter for your records.

Thank you for your cooperation.

---

*Handwritten annotations:*

Recieved This Letter on 02/05/23
And Responded with Form 3911

Letter number LTR0129C
Letter Date 2023-02-01
Tax Period 202112

Dept of Treasury
Fresno Service Center
Fresno, CA 93888-0102

Ursula S. Dean
Operations II Manager

```
                                              0933273655
                              Feb. 01, 2023    LTR 129C    0
                              ***-**-3709   202112 30
                                                  00005810
```

MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD   VT   05156-4400


                              Sincerely yours,

                              *[signature: Tonya Williams-Wallace]*

                              Tonya Williams-Wallace
                              Operations Manager, AM OPs 1

Enclosures:
Copy of this letter
Envelope
Form 3911


**IRS** Department of the Treasury
Internal Revenue Service
IRS, STOP 6525
KANSAS CITY MO 64999-002

000307.480590.270645.5726 1 MB 0.515 532

MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD VT 05156-4400

000307

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
           0342481205
    BODCD-

Use for inquiries only
                    Letter Number:  LTR0096C
                    Letter Date  :  2022-11-23
                    Tax Period   :  202112

*039483709*

INTERNAL REVENUE SERVICE
IRS, STOP 6525
 KANSAS CITY MO  64999-002

MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD VT 05156-4400

039483709 HX GOOD 30 0 202112 670 00000000000

---

The IRS address must appear in the window.
           0342481205
    BODCD-

Use for payments
                    Letter Number: LTR0096C
                    Letter Date  : 2022-11-23
                    Tax Period   : 202112

*039483709*

INTERNAL REVENUE SERVICE
5
KANSAS CITY MO 64999-0150

MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD VT 05156-4400

039483709 HX GOOD 30 0 202112 670 00000000000

| Form 3911 (October 2022) | Department of the Treasury - Internal Revenue Service<br>**Taxpayer Statement Regarding Refund** | OMB Number 1545-1384 |
|---|---|---|

The information below is in reply to your inquiry on 5/16/2022 about your Federal tax refund for $1400.00

If you did not receive your refund or if the refund check you received was lost, stolen or destroyed, complete the entire form. If there are portions of the form that do not apply to you, you may mark them as N/A. Return to us in the envelope provided or fax the form to

**Note:** You must complete a separate Form 3911 for each refund for which you are requesting information.

**Note:** If you are in possession of a check which was not cashed within one year of the issue date as the law requires, it can no longer be cashed, contact the service for instructions on how to return your check.

For information on how to complete or where to send this form, visit www.irs.gov/forms-pubs/about-form-3911-taxpayer-statement-regarding-refund.

**Section I** — Print your current name(s), taxpayer identification number (for individuals, this may be your social security number or your ITIN, for businesses, it is your employer identification number) and address, including ZIP code. If you filed a joint return, enter the information of both spouses on lines 1 and 2 below.

1. Your name: Michael L Goodnough
   Taxpayer Identification Number: REDACTED

2. Spouse's name (if a name is entered here, spouse must sign on line 11): N/A
   Taxpayer Identification Number: N/A

3. Current address: 700 Charlestown Road
   Apt. No.:
   City: ~~Charlestown~~ Springfield
   State: VT
   ZIP code: 05156

Give us a phone number where you can be reached between 8 a.m. and 4 p.m. Include area code.
Area code / Telephone number: 10AM - 4:00 PM

Enter the information on line 4 exactly as it appeared on your tax return, if no change from above, enter N/A in fields below.

4. Name(s): N/A
   Address on return if different from current address: (blank)

If you authorized a representative to receive your refund check, enter his or her name and mailing address below.

5. Name of representative: N/A
6. Address (include ZIP code): N/A

7. Type of return: ☒ Individual  ☐ Business,  Form 3911  ☐ Other
   Tax period: 12/31/2021
   Type of refund requested: ☒ Check  ☐ Direct Deposit  Refund amount $ 1400.00
   Date filed: 12/31/2020
   Name of bank (where you normally cash or deposit your checks): 
   Account type: ☐ Checking  ☐ Saving  ☐ Other
   Bank RTN: 
   Account number: 
   Date: 6/22/23

**Section II** — Refund Information (check all boxes that apply to you)

8. ☒ I didn't receive a refund.    ☒ I received a refund check, but it was ☒ Lost  ☐ Stolen  ☐ Destroyed
9. ☐ I received the refund check and signed it.

**NOTE:** The law doesn't allow us to issue a replacement check if you endorsed it and someone other than you cashed the check, since that person didn't forge your signature.

**Section III** — Certification

Sign below. If this refund was from a joint return, **both** spouses must sign, before we can begin a trace.

Under penalties of perjury, I declare that I have examined this form, and to the best of my knowledge and belief, the information is true, correct, and complete. I request that you send a replacement refund, and if I receive two refunds, I will return one.

10. Signature (for business returns, signature of person authorized to sign the check): Michael Goodnough
    Date: 6/22/23 / 5/16/23

11. Spouse's signature, if required (for businesses, enter the title of the person who signed above): N/A  WASN'T A JOINT RETURN
    Date:

Catalog Number 41167W    www.irs.gov    Form **3911** (Rev. 10-2022)

**Privacy Act and Paperwork Reduction Act Notice**

We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You aren't required to give us the information since the refund you claimed has already been issued. However, without the information we won't be able to trace your refund, and may be unable to replace it. You may give us the information we need in a letter.

We need the information to ensure that you are complying with these laws and to allow us to determine the correctness of your refund or the right amount of payment. Your Social Security Number and the other information are being requested in order that the Department of the Treasury can process your refund. The authority of requesting your social security number is 26 United States Code, section 6109. If you cannot or will not furnish the information, the tracing of your refund may be delayed.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or record relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103. The time needed to compete and file this form will vary depending on individual circumstances. The estimated average time is less than 5 minutes.

If you have comments concerning the accuracy of this time estimate or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Attention: Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001.

Do not send this form to this office. Instead, please use the envelope provided or mail the form to the Internal Revenue Service center where you would normally file a paper tax return.

**IRS** Department of the Treasury
Internal Revenue Service

KANSAS CITY  MO  64999-0025

In reply refer to: 0938000000
Jan. 30, 2023  LTR 2645C  K0
***-**-3709  202212 30
Input Op: 0309927214 00011578
BODC: WI

MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD  VT  05156-4400



022485

Taxpayer identification number: ***-**-3709
Tax periods: Dec. 31, 2022

Form: 1040

Dear Taxpayer:

Thank you for your inquiry of May 23, 2022.

We're working on your account. However, we need an additional 60 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you prefer, you can write to that office at the address we provided in this letter.

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

S.S.C.F

(802) 909-2580

```
                                              0938000000
                            Jan. 30, 2023  LTR 2645C  KO
                            ***-**-3709   202212 30
                            Input Op:  0309927214 00011579
```

MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD  VT  05156-4400


                              Sincerely yours,

                              [signature: Tonya Williams-Wallace]

                              Tonya Williams-Wallace
                              Operations Manager, AM OPs 1

 **IRS** Department of the Treasury
Internal Revenue Service

```
IRS                                    In reply refer to: 0848900000
FRESNO    CA  93888-0025               May 08, 2023  LTR 2645C  K0
                                       ***-**-3709    202212 30
                                       Input Op:  0509906934 00015179
                                                              BODC: WI
```



MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD  VT  05156-4400

053394

          Taxpayer identification number: ***-**-3709
                         Tax periods: Dec. 31, 2022

                              Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Mar. 24, 2023.

We're working on your account. However, we need an additional 60
days to send you a complete response on what action we are taking
on your account. We don't need any further information from you right
now.


If you prefer, you can write to that office at the address we
provided in this letter.

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first
page of this letter.

Find tax forms or publications by visiting www.irs.gov/forms or
calling 800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone
numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                               0848900000
                                    May  08, 2023  LTR 2645C  K0
                                    ***-**-3709   202212 30
                                    Input Op:  0509906934 00015180
```

```
MICHAEL L GOODNOUGH
700 CHARLESTOWN RD
SPRINGFIELD  VT  05156-4400
```

Sincerely yours,

Deidre A. Moran
Operations Manager, Operations 1

Michael L Goodnough
8/9/23

My name is Michael Lawrence Goodnough D.O.B 01/08/1975 SS# REDACTED I've been Incarcerated Since July 18th 2020. A few months after, my mom told me to call my girlfriend at the time Janice Lynn Parker, that she recieved my E.i.P check in the amount of $1200.00. We were both living at 15 Madison Ave. Apt. 2 Rutland, VT 05701 where the check was sent. I asked her to send the check to me at SSCF 700 Charlestown Rd. Springfield, VT 05156. She proceeded to tell me that she spent all but $60.00. I don't know how she was able to cash the check nor, did I give her permission. However, I made it quite clear that she was going to pay me back. She did ultimately send me small incraments of a hundred at a time. I wasn't paid in full and shortly after we seperated.

Fast forward to year 2021. My federal lawyer Michael Desauteis of the Burlington P.D Office sent me paperwork stating I was entitled to the $600.00 and the $1400.00. I have been in contact with the I.R.S and have provided all the information possible including my account summary and the Form 3911 proving that I never recieved the $600.00 or the $1400.00 E.i.P. All I've been recieving is that they are working on my account & that they need an additional 60 days to send me a complete response & that they don't need any additional information. It's been almost 1 year.

Sincerely,
Michael Goodnough