UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Michael Lawrence Goodnough,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Internal Revenue Service,<br><br>　　　　Defendant. | Civil Action No. 2:23–cv–490 |

## ORDER

On or before March 7, 2024, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 29th day of February 2024.

　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Doyle*　　　　　　　
　　　　　　　　　　　　　　　　　　　　Kevin J. Doyle
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge